M'ELROY v. DWIGHT.

Error to render judgement by default before declaration filed.

JUDGE GAYLE delivered the opinion of the Court.

IN this case it is assigned as error, that judgement was rendered by default before the declaration was filed. In

the record the judgement precedes the declaration. and there is a statement of the clerk, that the declaration was filed several months after the rendition of the judgement. The counsel for the defendant contends, that this state-ment was not required by the official duties of the clerk, and it cannot be noticed as a part of the record. It is one of the first duties of the clerk to record the proceed-ings of the Court, in the order in which they occurred. This statement was proper. and was enjoined by his duty. It is the unanimous opinion of the Court, that the judge-ment be reversed and the cause be remanded.

    H. G. PERRY, for plaintiff.

    THORINGTON, for defendant in error.

    NOTE. Rankin vs. Crowells, Minor's Ala. Rep. 125, accordant.